UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

IN RE. FRANCOIS PREVAL
DEBTOR.
                                                      CHAPTER 13
                                                     CASE NO. 07-17914-JNF

**ORDER GRANTING DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE RELIEF FROM AUTOMATIC STAY AND FOR LEAVE TO FORECLOSURE MORTGAGE**

This case having come before the undersigned United States Bankruptcy Judge for the District of Massachusetts, upon request of Deutsche Bank National Trust Company, as Trustee of Ameriquest Mortgage Securities, Inc. Asset Backed Pass Through Certificates, Series Quest 2005-X2 under the Pooling and Servicing Agreement dated as of September 1, 2005, Without Recourse ("Deutsche Bank") for Relief from Automatic Stay pursuant to 11 U.S.C. Section 362 (d) and For Leave to Foreclose Mortgage; and ~~no~~ objection having been ~~filed, or after a hearing thereon, as the case maybe~~, and after proper notice was given;

**WHEREFORE**, the Court grants Relief from Automatic Stay to Deutsche Bank and leave to foreclose its Mortgage encumbering the real property known as 79 Belnel Road, Hyde Park (Boston) a/k/a Mattapan (Boston), Massachusetts by entry and by the power of sale recorded with the Suffolk County Registry of Deeds in Book 35601, Page 235.

**NOW THEREFORE**, it is hereby ORDERED, ADJUDGED AND DECREED that Deutsche Bank, its successors or assigns, is granted Relief from the Automatic Stay to seek to foreclose the mortgage (including, at its sole option, accepting a deed-in-lieu of foreclose from the Debtor, his heirs, successors, transferees or assigns or offering, providing and entering into any potential forbearance agreement, loan modification, or other loan workout with the Debtor) recorded with the Suffolk County Registry of Deeds in Book 35601, Page 235 by entry and by exercise of the power of sale contained in the mortgage and leave to seek to proceed with summary process proceedings to evict any persons residing in the Property, in accordance with applicable state and federal law.

Date: _____          *Joan M. Feeney*
                                                       Joan N. Feeney
                                                       United States Bankruptcy Judge